UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-cr-00039-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>(5) TIMOTHY HOWARD WALDEN, )<br>)<br>Defendant. )<br>**)** | ORDER |

THIS MATTER is before the Court on Defendant's *pro se* Motion for Reduced Sentence under The First Step Act of 2018 (Doc. Nos. 470) and his counseled Supplemental Memorandum in support of that motion (Doc. No. 475). Based on the First Step Act, Defendant requests the Court impose a reduced aggregate sentence of Time Served and a reduced supervised-release term of four (4) years. The Government has consented to the requested relief. (Doc. No. 484). For the reasons stated in the parties' filings (Doc. No. 470, 475), and for good cause shown, the motions are **GRANTED**.

IT IS, THEREFORE, ORDERED that the Defendant's aggregate sentence be reduced to time served plus up to ten (10) days for the BOP to process his release and that the Defendant's term of supervised release be reduced to **four (4) years**. All other terms and conditions previously imposed will remain the same.

IT IS, FURTHER, ORDERED that the Clerk certify copies of this Order to the Defendant, counsel for the Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the United States Bureau of Prisons.

IT IS SO ORDERED

Signed: November 10, 2020

Frank D. Whitney
United States District Judge